■ In the Matter of HARVEY GITTER, an Attorney. — Motion for reinstatement dismissed as premature. Concur — Kupferman, J.P., Fein, Sandler, Sullivan and Ross, JJ.

■ In the Matter of JOSEPH WARDE, an Attorney. — Motion for vacatur, rehearing and reargument denied in all respects. Any stays heretofore granted are vacated. Concur — Kupferman, J.P., Sullivan, Lupiano and Silverman, JJ.